### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: West, Denise Lorraine<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 14-11981 MDC |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7507

                          Respectfully submitted,

                          **/s/Brian C. Nicholas, Esquire**
                          Brian C. Nicholas, Esquire
                          Thomas Puleo, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 825-6306  FAX (215) 825-6406