*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Denise Lorraine West
    Debtor(s)

Case No: 14−11981−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*re−scheduled*
Motion to Modify Plan Filed by Denise Lorraine West Represented by GEORGETTE MILLER

on: 9/7/17

at: 11:00 AM

in: 2901 St. Lawrence Avenue, Reading, PA 19606

For The Court

Date: 8/23/17

Timothy B. McGrath
Clerk of Court

96 − 91
Form 167