```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                              Case No. 14-11981-mdc
Denise Lorraine West                                                Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Eileen              Page 1 of 2              Date Rcvd: Aug 23, 2017
                              Form ID: 167              Total Noticed: 25
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
db             +Denise Lorraine West,    122 Elm Ave,    Ardmore, PA 19003-2144
13295761       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13264794      ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court:   A H F C,    201 Little Falls Dr,    Wilmington, DE 19808)
13297102        Altair,    C O WEINSTEIN, PINSON, AND RILEY, PS,    PO BOX 3978,    SEATTLE, WA 98124-3978
13264795      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13264800       +Everhome Mortgage Co,    301 W Bay St,    Jacksonville, FL 32202-5103
13264802       +McCabe Weisberg & Conway,    c/o AmTrust Bank,    123 S. Broad Street, Suite 1400,
                 Philadelphia, PA 19109-1060
13264804        Monarch recovery manageme,    PO BIX 21089,    Philadelphia, PA 19114-0589
13264806       +PECO,   PO Box 37629,    Philadelphia, PA 19101-0629
13264807       +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13264808       +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13264809       +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13266590        E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 24 2017 01:32:11
                 American Honda Finance Corporation,    P.O. Box 168088,    Irving, TX 75016-8088,
                 Telephone number: 866-716-6441
13264796       +E-mail/Text: cms-bk@cms-collect.com Aug 24 2017 01:31:52     Capitak Management Servic,
                 726 Exchange Street,    Suite 700,   Buffalo, NY 14210-1464
13264797       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 24 2017 01:32:36     Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
13264798       +E-mail/Text: cwade@creditmanagementcompany.com Aug 24 2017 01:32:17     Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13284192        E-mail/Text: mrdiscen@discover.com Aug 24 2017 01:31:45     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13264799       +E-mail/Text: mrdiscen@discover.com Aug 24 2017 01:31:45     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13930859        E-mail/Text: bankruptcy.bnc@ditech.com Aug 24 2017 01:31:52
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13386802       +E-mail/Text: bankruptcy.bnc@ditech.com Aug 24 2017 01:31:52     EverBank,
                 c/o Green Tree Mortgage,    P.O. Box 0049,    Palantine, Illinois 60078
13456520        E-mail/Text: bankruptcy.bnc@ditech.com Aug 24 2017 01:31:52     Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13264801       +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2017 01:27:22     Gecrb/Gap,   Po Box 965005,
                 Orlando, FL 32896-5005
13264803       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2017 01:32:07     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13344903        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2017 01:38:51
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13264805       +E-mail/Text: blegal@phfa.org Aug 24 2017 01:32:08     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Eileen                 Page 2 of 2                   Date Rcvd: Aug 23, 2017
                              Form ID: 167                 Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Green Tree Servicing LLC ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    EverBank ecfmail@mwc-law.com
          GEORGETTE  MILLER    on behalf of Debtor Denise Lorraine West info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;r50524@notify.bestcase.com
          PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Denise Lorraine West
    Debtor(s)

Case No: 14−11981−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*re−scheduled*
Motion to Modify Plan Filed by Denise Lorraine West Represented by GEORGETTE MILLER

on: 9/7/17

at: 11:00 AM

in: 2901 St. Lawrence Avenue, Reading, PA 19606

For The Court

Date: 8/23/17

Timothy B. McGrath
Clerk of Court

96 − 91
Form 167