## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Denise West** | : | **Chapter 13** |
| | : | |
| **Debtor.** | : | |
| | : | **Bankruptcy No. 14-11981 MDC** |

### O R D E R

AND NOW, this _30th_ day of _Nov._ 2017,  upon consideration of the

Debtor's Motion to Modify Plan Post-Confirmation, and after notice and hearing, and

with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      The Debtor's  Amended Chapter 13 Plan is **APPROVED**.

**Honorable Magdeline D. Coleman**