# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 14-11981-MDC

DENISE LORRAINE WEST

122 ELM AVE

ARDMORE, PA 19003

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DENISE LORRAINE WEST

122 ELM AVE

ARDMORE, PA 19003

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Date: 10/1/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee