United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-11981-mdc
Denise Lorraine West                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Keith              Page 1 of 2                 Date Rcvd: Jun 13, 2019
                             Form ID: 138NEW          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.
```
db             +Denise Lorraine West,    122 Elm Ave,     Ardmore, PA 19003-2144
cr             +DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL,     RAS CRANE, LLC,
                 10700 Abbotts Bridge Road, Suite 170,    DULUTH, GA 30097-8461
13295761       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13264794      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: A H F C,    201 Little Falls Dr,    Wilmington, DE 19808)
13297102        Altair,   C O WEINSTEIN, PINSON, AND RILEY, PS,     PO BOX 3978,    SEATTLE, WA 98124-3978
13264795      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13264800       +Everhome Mortgage Co,    301 W Bay St,    Jacksonville, FL 32202-5184
13264802       +McCabe Weisberg & Conway,    c/o AmTrust Bank,    123 S. Broad Street, Suite 1400,
                 Philadelphia, PA 19109-1060
13264807       +Thd/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
13264808       +Unvl/Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
13264809       +Xerox Soluti,    Pob 41818,   Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,     1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2019 03:31:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2019 03:31:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13266590        E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 14 2019 03:31:44
                 American Honda Finance Corporation,    P.O. Box 168088,    Irving, TX 75016-8088,
                 Telephone number: 866-716-6441
13264796       +E-mail/Text: cms-bk@cms-collect.com Jun 14 2019 03:30:53     Capitak Management Servic,
                 726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
13264797       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 14 2019 03:32:48     Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
13264798       +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 14 2019 03:31:57
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13284192        E-mail/Text: mrdiscen@discover.com Jun 14 2019 03:30:38     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13264799       +E-mail/Text: mrdiscen@discover.com Jun 14 2019 03:30:38     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13930859        E-mail/Text: bankruptcy.bnc@ditech.com Jun 14 2019 03:30:52
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13386802       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 14 2019 03:30:52     EverBank,
                 c/o Green Tree Mortgage,    P.O. Box 0049,    Palatine, Illinois 60078
13456520        E-mail/Text: bankruptcy.bnc@ditech.com Jun 14 2019 03:30:52     Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13264801       +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 03:25:30     Gecrb/Gap,    Po Box 965005,
                 Orlando, FL 32896-5005
13264803       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 14 2019 03:31:34     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13264806       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 14 2019 03:30:52     PECO,    PO Box 37629,
                 Philadelphia, PA 19101-0629
13344903        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 03:25:36
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13264805       +E-mail/Text: blegal@phfa.org Jun 14 2019 03:31:39     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
                                                                                               TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13264804       ##Monarch recovery manageme,    PO BIX 21089,    Philadelphia, PA 19114-0589
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2             User: Keith                Page 2 of 2                  Date Rcvd: Jun 13, 2019
                                 Form ID: 138NEW            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Green Tree Servicing LLC ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    EverBank ecfmail@mwc-law.com
              GEORGETTE MILLER    on behalf of Debtor Denise Lorraine West info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Denise Lorraine West
        Debtor(s)                                          Bankruptcy No: 14–11981–mdc
                                                                               Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                  Suite 400
                            Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                   For The Court
                                                               Timothy B. McGrath
                                                                 Clerk of Court

Dated: 6/13/19

                                                                                                            123 – 122
                                                                                                          Form 138_new