Certificate Number: 15317-PAE-DE-033026935

Bankruptcy Case Number: 14-11981



15317-PAE-DE-033026935

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 26, 2019</u>, at <u>1:24</u> o'clock <u>PM PDT</u>, <u>Denise L West</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 26, 2019</u>         By:  <u>/s/Edem Bohol</u>

Name:  <u>Edem Bohol</u>

Title:  <u>Counselor</u>